# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**NATHAN FENWICK,**
**Plaintiff**

vs.

**BALTIMORE GAS &**
**ELECTRIC**
**Defendant**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 21 A 8: 32

CLERK'S OFFICE
AT BALTIMORE

BY_____*____DEPUTY

**Civil No.: AMD 00-1017**

\*\*\*\*\*\*

# ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendant after more than 100 days after the filing of the complaint, it is, this 21st day of July, 2000,

ORDERED that plaintiff show good cause within 20 days of the date of this order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
Andre M. Davis
United States District Judge