# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

December 14, 2000

DEC 1 4 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

MEMORANDUM TO COUNSEL RE:   Fenwick v. Baltimore Gas and Electric Co.
                            Civil No. AMD 00-1017

   I acknowledge BGE's motions for sanctions (filed on December 8, 2000) and for extension of time (filed on December 13, 2000).

   The motion for extension of time is DENIED WITHOUT PREJUDICE. I am disturbed by what *appears to be* plaintiff's unjustified failure to comply fully with his discovery obligations, but I shall await plaintiff's response to the former motion before reaching any conclusion on that score.[1] I do not expect to modify the scheduling order, but counsel are free to reach informal agreements to do so. In any event, counsel would be wise to cooperate with each other fully in the time remaining before dispositive motions are due on January 26, 2001.

   Despite the informal nature of this ruling, it is an Order of Court and the Clerk is directed to docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

---

[1] This case was filed on April 11, 2000, but plaintiff delayed service of process until July 24, 2000, ostensibly "to organize discovery and attempt to resolve this matter." See Plaintiff's Resp. Show Cause Order filed on July 27, 2000. It is inconceivable, in the face of this representation to the Court and assuming it was made in candor, that there could be a discovery dispute.