IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

NATHAN FENWICK

    Plaintiff

    v.                                  CIVIL ACTION NO. AMD-00-CV-1017

BALTIMORE GAS AND
ELECTRIC COMPANY

    Defendant

\* \* \* \* \* \* \* \* \*

**ORDER**

It is this _16th_ day of _January_, 2000, by the United States District Court for the District of Maryland

**ORDERED** that the Motion for Sanctions or For Order Compelling Discovery is granted and the Plaintiff ~~[redacted]~~ shall immediately satisfy his discovery obligation (No opposition filed).

                                      _/s/ Andre M. Davis_
                                      Andre M. Davis, Judge,
                                      U. S. District Court for the
                                      District of Maryland